[875 NE2d 884, 844 NYS2d 166]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASOOL SALAAM, Appellant.

Decided September 18, 2007

**APPEARANCES OF COUNSEL**

*Susan T. Aron*, Voorheesville, for appellant.

*Robert M. Carney, District Attorney*, Schenectady (*Alfred D. Chapleau* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, defendant's plea vacated and case remitted to County Court, Schenectady County, for further proceedings on the indictments (*see People v Louree*, 8 NY3d 541 [2007]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.